**Appeal Reinstated and Order filed September 8, 2022**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-21-00544-CV
_____

## CRISTINA NEWALL KALLOP, A/K/A MARIA CRISTINA NEWALL VASQUEZ DE VELASCO, Appellant

### V.

## OFFSHORE EXPLORATION AND PRODUCTION, LLC, Appellee

**On Appeal from Probate Court No 4**
**Harris County, Texas**
**Trial Court Cause No. 475,050-402**

## ORDER

This appeal was abated by order of March 15, 2022, for 90 days pending resolution of this appeal. As of this date, no dispositive motion or motion to extend the abatement has been filed. Accordingly, the appeal is reinstated. The case is at issue and ready to set for submission in accordance with court procedures.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot and Zimmerer.